AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1 18 CV 669

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Comerica, Inc.
was received by me on *(date)*  02/15/2018  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Gracia Marclesh, Process Specialist , who is designated by law to accept service of process on behalf of *(name of organization)*  Comerica, Inc. at 2985 Gordy Pkwy, 1st Floor, Marietta, GA 30066  on *(date)*  02/15/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 2-19-18

_____
Server's signature

Jeroy Robinson, Process Server
*Printed name and title*
MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794

Additional information regarding attempted service, etc:
Documents served: Summons & Class Action Complaint

