AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1 18 CV 669

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Comerica Bank**
was received by me on *(date)* **02/15/2018** .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Gracia Marclesh, Process Specialist**, who is designated by law to accept service of process on behalf of *(name of organization)* **Comerica Bank at 2985 Gordy Pkwy, 1st Floor, Marietta, GA 30066** on *(date)* **02/15/2018** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **2-19-18**

*Server's signature*

**Jeroy Robinson, Process Server**
*Printed name and title*

PLQ ATTORNEY SERVICES
RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328

*Server's address*

Additional information regarding attempted service, etc:
Documents served: Summons & Class Action Complaint



608318